## AFFIDAVIT OF SERVICE

**State of Florida**  **County of M.D. Florida - Jacksonville**  **Federal Court**

Case Number: 3:23-cv-00482-BJD-LLL

Plaintiff: **Psi Delta Chi Sorority, Inc.**
vs.
Defendant: **Psi Delta Chi Military Sorority, and Mercedes Hill**

AFL2023003014

For:
Matthew Compton
Compton & Associates PLLC
6601 Cypresswood Dr.
Suite 225
Spring, TX 77379

Received by J.D. Padgett on the 21st day of July, 2023 at 2:55 pm to be served on **PSI Delta Chi Military Sorority Inc. by serving its Registered Agent: U.S. Corporation Agents, Inc., 476 Riverside Ave, Jacksonville, FL 32202.**

I, J.D. Padgett, being duly sworn, depose and say that on the **25th day of July, 2023** at **11:20 am, I:**

served the **REGISTERED AGENT for PSI Delta Chi Military Sorority Inc.** by delivering a true copy of the **Summons, Original Complaint; Exhibit to Complaint - Civil Cover Sheet; Exhibit to Complaint - Mailing Envelope** with the server's identification number, initials, date, and hour of service endorsed thereon by me on the copy, to:**Karla Compton as Designated Person** who stated they are an **EMPLOYEE OF THE REGISTERED AGENT** for the within named corporation / LLC who further stated that the Registered Agent is not present and in his/her absence has been authorized to accept the service of Legal Process in compliance with Florida State Statutes 48.081(3a) and 48.091. Service of process was made at **476 Riverside Ave, Jacksonville, FL 32202.**

**Description** of Person Served: Age: 52, Sex: F, Race/Skin Color: Caucasian, Height: 5'7", Weight: 170, Hair: Auburn, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Special / Appointed Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2)

J.D. Padgett
Process Server, # 30

Subscribed and Sworn to before me on the 28th day of July, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

SAMANTHA L. JOHNSON
Commission # HH 264045
Expires May 12, 2026

Compton & Associates PLLC
6601 Cypresswood Dr.
Suite 225
Spring, TX 77379
(832) 323-1122

Our Job Serial Number: AFL-2023003014
Ref: PDC

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V